**DISMISS and Opinion Filed September 18, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-24-00798-CV**

_____

**COAST CYCLE, LLP, Appellant**

**V.**

**MELANIE WELLS, LIFEWORKS GROUP, PA, AND WEFIXBRAINS, LLC, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-13539**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

240798f.p05

/Robert D. Burns, III//
_____
ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

COAST CYCLE, LLP, Appellant

No. 05-24-00798-CV          V.

MELANIE WELLS, LIFEWORKS
GROUP, PA, AND WEFIXBRAINS,
LLC, Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-13539.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED WITH PREJUDICE**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 18th day of September, 2024.